

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>John Hawkins<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCR11-00094-VAP<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

    Upon motion of  Defendant _____, IT IS ORDERED that a detention hearing is set for  02/14/12 _____ , _____ , at  3:00_____ ☐a.m. / ☒p.m. before the Honorable  SHERI PYM _____, in Courtroom  4 _____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
         (Other custodial officer)

Dated:  2-13-12

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge