*Send-0*

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>*John Haw Kins*<br>Defendant. | Case No.: *ED 11-94 VAP*<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___*Central*___ District of ___*California*___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- *pretrial services report*
- *violation petition + reports*
- ~~this~~ *information provided at hearing*

1

1      and/ or

2    B. (✗)   The defendant has not met his/her burden of establishing by clear and

3         convincing evidence that he/she is not likely to pose a danger to the

4         safety of any other person or the community if released under 18 U.S.C.

5         § 3142(b) or (c).  This finding is based on the following:

6         - pretrial services report

7         - violation petition + reports

8         - information provided at hearing

9

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: February 14, 20

15                               HONORABLE SHERI PYM
                                   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28