FILED
CLERK, U.S. DISTRICT COURT
JUL -1 2015
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   RC  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: EDCR 11-00094-VAP |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | |
| John Hawkins | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

|    |         |                                                                              |
|----|---------|------------------------------------------------------------------------------|
| 1  |         | and/or                                                                       |
| 2  | B. (X)  | The defendant has not met his/her burden of establishing by clear and        |
| 3  |         | convincing evidence that he/she is not likely to pose a danger to the        |
| 4  |         | safety of any other person or the community if released under 18 U.S.C.      |
| 5  |         | § 3142(b) or (c). This finding is based on the following:                    |
| 6  |         | (X)   information in the Pretrial Services Report and Recommendation         |
| 7  |         | (X)   information in the violation petition and report(s)                    |
| 8  |         | (X)   the defendant's nonobjection to detention at this time                 |
| 9  |         | ( )   other: _____                          |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 1, 2015

_____
SHERI PYM
United States Magistrate Judge